# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.  18-cr-316-SVW  Date  September 4, 2018

Title  United States v. Bernadette Curiel

Present: The Honorable  Steve Kim, U.S. Magistrate Judge

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Government:  Attorneys Present for Defendant:

n/a  n/a

**Proceedings:**  (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Lack of bail resources
- ☐ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☒ Previous failure to appear or violations of probation, parole, or release
- ☐ Ties to foreign countries
- ☒ Allegations in petition
- ☒ Failure to report to probation officer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. 18-cr-316-SVW | Date September 4, 2018 |
| Title United States v. Bernadette Curiel | |

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.