FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-0316 SVW-1 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| BERNADETTE CURIEL, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [x] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_she will refrain from_
_substance abuse._

(B) [x] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she will abide by_
_conditions of release._
_Also, inadequate_
_bail resources._

IT IS ORDERED that defendant be detained.

DATED: 7-3-19

_/s/ S. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE